■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD A. ROSS, Appellant, v FRANK E. IRVIN, as Superintendent of Wende Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum: Because petitioner's contention that his conviction was obtained in violation of CPL 310.10 could have been raised on direct appeal or on a motion pursuant to CPL article 440, habeas corpus is not an appropriate remedy (see, People ex rel. Hall v LeFevre, 92 AD2d 956,

*affd* 60 NY2d 579; *People ex rel. Nelson v Scully,* 119 AD2d 709, *lv denied* 69 NY2d 602; *People ex rel. Thomas v LeFevre,* 102 AD2d 925, *lv denied* 63 NY2d 604). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Habeas Corpus.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.